UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTINE KRZYWDZINKI,

    Plaintiff,

v.

Case No.: 21-cv-12461

District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

    Defendants.
_____/

### ORDER: (1) ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [ECF NO. 22]; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 17]; (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No. 19]; AND (4) AFFIRMING THE COMMISSIONER'S DECISION

This matter is before the court on Magistrate Judge Anthony Patti's Report and Recommendation dated February 13, 2023. It recommends that the Court: deny the Plaintiff's motion for summary judgment [ECF No. 17]; grant Defendant's motion for summary judgment [ECF No. 19]; and affirm the commissioner's decision. [ECF No. 22. PageID.1729].

Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the 14-day time period for filing objections has expired. *See* Fed. R. Civ. P. 72(b)(2). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Patti's February 13, 2023, Report and Recommendation [ECF No. 22] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is **DENIED;** Defendants' Motion for Summary Judgment [ECF No. 19] is **GRANTED**; the Court AFFIRMS the commissioner's decision

IT IS SO ORDERED.

Dated:  March 20, 2023                           /s/Gershwin A. Drain
                                                 GERSHWIN A. DRAIN
                                                 United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 20, 2023, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager